SUSAN LUNDBORG *v.* WALFRID LUNDBORG, JR.

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 156, is denied.

*Wesley W. Horton,* in support of the petition.
*Susan Lundborg,* pro se, in opposition.

Decided October 26, 1988

STATE OF CONNECTICUT *v.* JOHN MANCINONE

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 251, is denied.

*Wesley W. Horton,* in support of the petition.
*Joan K. Alexander,* deputy assistant state's attorney, in opposition.

Decided October 26, 1988